```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSE ENRIQUEZ,<br><br>          Defendant. | 1:10-cr-0360 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

Defendant JESSE ENRIQUEZ, by and through his attorney, CARL M. FALLER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the September 20, 2010, hearing date and reset the matter for September 27, 2010, at 9:00 a.m.

2. The parties stipulate that the continuance is necessary to ensure continuity of counsel for the government. Counsel for the government will be on leave on September 20 and will be available September 27.

1

3.  .  The parties further stipulate that time should be excluded in the interest of justice.

DATED: September 15, 2010                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney


/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
JESSE ENRIQUEZ

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of September 20 is hereby vacated in this matter and is reset for September 27, 2010, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the government continuity of counsel and would deny the defendant an opportunity to further investigate and properly negotiate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).


IT IS SO ORDERED.

Dated:     September 15, 2010                    
                              CHIEF UNITED STATES DISTRICT JUDGE

2