1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-734-0867
4  carl.faller@fallerdefense,com

5  Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:10-cr-00360 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) STATUS CONFERENCE AND MOTION HEARING |
| JESSE ENRIQUEZ, | ) Date:  September 27, 2010 |
| Defendant. | ) Time:  9:00 am |
|  | ) Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference is currently set in this matter for September 27, 2010 at 9:00 am.

By agreement of the parties, it is requested that the status conference be continued until October 4, 2010 at 9:00 am.

The reason for this request is that counsel for the defendant has learned that he must be out of the district on September 27th, and the government has no objection to the continuance.

It is further stipulated that the time between September 27, and October 4, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow continuity of counsel in that counsel for the defendant cannot appear on the day currently set.

Based on the above, it is respectfully requested that the status conference be continued as set forth above.

Dated:  September 23, 2010               Respectfully submitted,

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Karen A. Escobar__
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for the United States

**ORDER:**

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for September 27, 2010, at 9:00 am, be continued to October 4, 2010 at 9:00 am.

It is further ORDERED that the time between September 27, 2010 and October 4, 2010 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow For continuity of counsel in that defendant's counsel of record is not available on the date currently set.

IT IS SO ORDERED.

Dated:   September 23, 2010         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE