BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00360 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| | ) | |
| JESSE ENRIQUEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant JESSE ENRIQUEZ, by and through his attorney, CARL M. FALLER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1. The parties to the above-captioned matter agree to vacate the current status conference date of May 2 and reset the hearing for May 23 at 9:00 a.m.

   2. The parties stipulate that the continuance is necessitated by the parties' need to continue negotiations, defense need for

further investigation, and unavailability of the government's attorney due to recent knee replacement surgery and defense counsel due to a state court trial.

4.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations, and availability of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 28, 2011                      Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney


                                           /s/ Carl Faller
                                           CARL FALLER
                                           Attorney for Defendant
                                           Jesse Enriquez

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 2, 2011, is hereby vacated and is reset for May 23 2011, at 9:00 a.m.

IT IS FURTHER ORDERED THAT the filing of the current motion schedule is hereby stayed.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure

2

1 to grant the continuance would deny the parties' sufficient
2 opportunity to present evidence and/or resolve the matter.
3 IT IS SO ORDERED.

Dated:      April 29, 2011      _____
                                CHIEF UNITED STATES DISTRICT JUDGE