1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-734-0867
4  carl.faller@fallerdefense,com

5  Attorney for Defendant

6

7

8              IN THE UNITED STATED DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.:  1:10-cr-00360 AWI
                                     )
12           Plaintiff,              )  STIPULATION AND ORDER
                                     )  TO CONTINUE
13       vs.                         )  STATUS CONFERENCE
                                     )
14  JESSE ENRIQUEZ,                  )  Date:  May 23, 2001
                                     )  Time:  9:00 am
15           Defendant.              )  Honorable Anthony W. Ishii
    ─────────────────────────────── )
16

17

18       It is hereby stipulated by and between the parties hereto, through their respective

    attorneys of record, as follows:

19

20       A status conference is currently set in this matter for May 23, 2001 at 9:00 am.

21       By agreement of the parties, it is requested that the status conference be continued until

    June 27, 2011 at 9:00 am.

22

23       The reason for this request is that counsel for the defendant is currently in trial in Fresno

24  County Superior Court in the case of People v. Antonio Salas in which the defendant is charged

25  with two counts of first degree murder with special circumstances.  The trial judge has

26  announced that the trial will not conclude until June 15, 2001.  It is therefore respectfully

27  requested that this matter be continued June 20, 2001 at 9:00 am for an anticipated change of

28  plea.

1    It is further stipulated that the time between May 23, and June 27, 2011 shall be

2    excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and

3    (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow continuity of

4    counsel in that defense counsel is currently engaged in trial in another matter.

5         Based on the above, it is respectfully requested that the status conference be continued as

6    set forth above.

7    Dated:  May 19, 2011                          Respectfully submitted,

8

9                                        /s/  Carl M. Faller_____

10                                       CARL M. FALLER
                                         Attorney for Defendant

11                                       BENJAMIN B. WAGNER

12                                       United States Attorney

13

14                              By    /s/ Karen A. Escobar___
                                      KAREN A. ESCOBAR

15                                    Assistant U.S. Attorney
                                      Attorney for the United States

16

17       ORDER:

18   Based upon the stipulation of the parties and good cause appearing, it is hereby

19   ORDERED that the status conference and motions hearing currently set for May 23, 2011 at

20    9:00 am, be continued to June 27, 2011 at 9:00 am.

21       It is further ORDERED that the time between May 23, 2011 and June 27, 2011 shall be

22   excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and

23   (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow

24   for continuity of counsel in that defense counsel is currently engaged in trial in another matter.

25

26

27

28

IT IS SO ORDERED.

Dated:  May 19, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE