CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JESSE ENRIQUEZ,<br><br>　　　　　　Defendant. | Case No.: 1:10-cr-00360 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER<br><br>Date:  October 3, 2001<br>Time:  9:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A sentencing hearing is currently set for October 3, 2001 at 9:00 am.

By agreement of the parties, it is requested that the sentencing hearing be continued until November 21, 2011 at 9:00 am.

The reason for this request is that since the defendant is housed at the Lerdo Facility in Kern County, there were scheduling complications with defense counsel, the probation officer and the interpreter in getting the probation interview completed. It is therefore respectfully requested that this matter be continued until November 21, 2001 at 9:00 am for sentencing.

///

///

///

Dated: September 15, 2011               Respectfully submitted,


                                        /s/ Carl M. Faller_____
                                        CARL M. FALLER
                                        Attorney for Defendant

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                   By   /s/ Karen A. Escobar__
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney
                                        Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for October 3, 2011 at

9:00 am, be continued to November 21, 2011 at 9:00 am.


IT IS SO ORDERED.

Dated:   September 20, 2011         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE