CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESSE ENRIQUEZ,<br><br>　　　　　Defendant. | Case No.: 1:10-cr-00360 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:  November 21, 2011<br>Time:  9:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A sentencing hearing is currently set for November 21, 2011 at 9:00 am.

By agreement of the parties, it is requested that the sentencing hearing be continued until November 28, 2011 at 9:00 am.

The reason for this request is that defense counsel has a calendar conflict that requires him to be out of town on the date currently set.

Dated:  November 14, 2011                              Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

///

///

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for November 21, 2011 at 9:00 am, be continued to November 28, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:   November 15, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE