CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JESSE ENRIQUEZ,<br><br>　　　　Defendant. | Case No.: 1:10-cr-00360 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER<br><br>Date:  February 13, 2012<br>Time:  9:00 am<br>Honorable Anthony W. Ishii |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　A sentencing hearing is currently set for January 23, 2012 at 9:00 am.

　　　　By agreement of the parties, it is requested that the sentencing hearing be continued until February 13, 2012 at 9:00 am.

　　　　The reason for this request is to allow for the debriefing of the defendant which is scheduled for February 2, 2012.

Dated:  September 15, 2011　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1
2
3
4
5

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for January 23, 2012 at 9:00 am, be continued to February 13, 2012 at 9:00 am.

IT IS SO ORDERED.

Dated:   January 17, 2012           _____
CHIEF UNITED STATES DISTRICT JUDGE